UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Steven Kurt Baughman, § | |
| § | |
| *Petitioner,* § | |
| § | Civil Action No. |
| v. § | 4:21-cv-03016 |
| § | |
| Bobby Lumpkin, Director, § | |
| Texas Department of Criminal § | |
| Justice, Correctional § | |
| Institutions Division, § | |
| § | |
| *Respondent.* § | |

**RULING ON PETITIONER'S OBJECTION, AND ORDER
CORRECTING AND ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE**

Pending are Petitioner Steven Baughman's petition for a writ of habeas corpus (Document No. 1) and Respondent Bobby Lumpkin's motion for summary judgment (Document No. 14). The Court has received from the Magistrate Judge a Memorandum and Recommendation (Document No. 30) recommending that that Respondent's motion be GRANTED, and Petitioner's petition be DENIED. The Court has also received Petitioner's Objection (Document No. 34), which appears to have been timely filed.[1]

Petitioner's Objection to The Memorandum and Recommendation of the Magistrate Judge is that he is denied access to court in

---

[1] Although Baughman's objections did not actually reach the docket until March 20, 2023, his filing indicates that he placed his objections in the prison mailbox on March 13, 2023. *See* Dkt. 34 at 3. The accuracy of this date appears to be uncontroverted. Accordingly, Baughman is the beneficiary of the "prison mailbox rule," and his objections are deemed filed on March 13, 2023. *Grayson v. Thaler*, 2012 WL 1355590, at *1 n.2 (S.D. Tex. Feb. 27, 2012) (citing *Houston v. Lack*, 487 U.S. 266 (1988)), report and recommendation adopted, 2012 WL 1354605 (S.D. Tex. Apr. 18, 2012).

violation of due process, based upon the Magistrate Judge denying him an additional 90 days in which to file additional objections to her Memorandum and Recommendation.  As it is, the Magistrate Judge granted Petitioner an additional 14 days, which provided Petitioner a total of 28 days within which to file his written objections--twice the amount of time specified by law.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b).  Petitioner claims that his legal files were seized on December 13, 2023 [sic], and that he has filed an institutional grievance.  Even so, Petitioner in his Objection cites cases from the United States Supreme Court, the Second and Fifth Circuit Courts of Appeals, and some district courts, and is well acquainted with his own Petition and his Response to Defendant's Motion for Summary Judgment.

Although the Court finds without merit Petitioner's objection to the Magistrate Judge granting him an additional 14 days instead of the 90 days he requested for filing objections, the Court has construed Petitioner's Objection as an objection to the entirety of the Magistrate Judge's Memorandum and Recommendation, and has conducted a *de novo* review of Petitioner's Petition, Defendant's motion, and Petitioner's lengthy (37 pages of small type) response.

The Court, after having made a *de novo* determination of the petition and the motion for summary judgment, is of the opinion that the findings and recommendations of the Magistrate Judge are correct, subject to correction of an obvious inadvertent error

made in the carryover sentence that begins at the bottom of page 20. In this sentence, the name of *Benningfield* is deleted and the name of *Baughman* is inserted in its place, so that the sentence now reads: "Even if they did, the strong evidence of Baughman's guilt, as detailed *supra* Part I.C and *infra,* Part II.B, undermines any reasonable probability that the outcome may have differed had the reports been disclosed." The Petitioner's objections are hereby OVERRULED, and the findings of the Magistrate Judge, as corrected above, should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on February 15, 2023, which is adopted in its entirety as the opinion of this Court, that Respondent's motion for summary judgment (Document No. 14) is GRANTED and Petitioner's petition for a writ of habeas corpus (Document No. 1) is DENIED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 30th day of March, 2023.

Ewing Werlein, Jr.
United States District Judge